ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 APR 30 P 12: 32
CLERK SMcCarthy

| | |
|---|---|
| JOHNNY RAY OGLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 307-073 |
| RALPH KEMP, Warden, Wheeler Correctional Facility, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's due process and equal protection claims are **DISMISSED**, and Defendant Rozier is **DISMISSED** from this case.

SO ORDERED this 30th day of April, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE